UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Yaowu Zhang, Hengping Xie, on their own behalf and on behalf of others similarly situated,

                      Plaintiffs,

               v.

Hot Pot Restaurant, Inc, d/b/a Hot Pot, Zhenjiang Cao, Haiying Zhou and Karen "Doe" (list name unknown),

                      Defendants.

Case No.: 3:18-cv-00348
**MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(B)(2)**

**Relief Sought**

Plaintiffs Yaowu Zhang, Hengping Xie, by and through their attorneys, Hang & Associates, PLLC, move this Court for entry of a default judgment against defendants Hot Pot Restaurant, Inc, d/b/a Hot Pot under Rule 55 (b)(2) of the Federal Rules of Civil Procedure. Plaintiff requests that judgment be entered as set forth in the attached proposed default judgment.

**Grounds for Relief**

The Court should enter the judgment requested against defendants Hot Pot Restaurant, Inc, d/b/a Hot Pot and in favor of plaintiffs Yaowu Zhang, Hengping Xie because:

1. Hot Pot Restaurant Inc, d/b/a Hot Pot has not appeared in this action and is, therefore, not entitled to notice of this application for entry of default judgment. However, plaintiffs have served notice of this motion and all the papers upon which it is based upon the defaulting defendants in any event, as evidence by the Certificate of Service that accompanies the Notice of Motion.

2. The Complaint in this action sets out valid claims against the defaulting defendants, jointly and severally, for minimum wage, overtime pay in violation of the Fair Labor Standards

Act and New York Labor Law, unpaid spread of hours pay in violation of the New York Labor Law, failure to pay back wages in violation of the New York Labor Law, failure to provide notices and statements under New York Law, and failure to reimburse tools of trade.

3. By virtue of the default, defendants Hot Pot Restaurant Inc., d/b/a Hot Pot may not challenge any of the factual allegations supporting the above claims.

4. The terms of relief sought in the proposed default judgment are fully justified by the acts shown in the attached exhibits, the accompanying Declarations of Yaowu Zhang and Hengping Xie, the Declaration of Shan Zhu, Esq. and under the law set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion for a Default Judgment.

5. Defendants in this case are not a minor nor an incompetent person nor an active member of the military.

**Supporting Papers**

This motion is based on this document and the documents accompanying this motion, including the Notice of Motion for Default Judgment pursuant to Fed. R. Civ. P. 55 (b)(2), the Declarations of Yaowu Zhang and Hengping Xie, the Declaration of Shan Zhu, Esq. and the Memorandum of Law in Support of Plaintiff's Motion for a Default Judgment, and on all of the pleadings and papers on file in this action, and on whatever evidence and argument may be presented at a hearing on this motion.

Dated:   Flushing, New York
         October 26, 2020                         HANG & ASSOCIATES, PLLC.

                                                  */S/ SHAN ZHU*
                                                  Shan Zhu, Esq.

3

          136-20 38th Ave., Suite 10G
          Flushing, New York 11354
          Tel: 718.353.8588
          szhu@hanglaw.com
          *Attorneys for Plaintiff*